THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* WILLIAM JACKSON, Defendant-Appellee.

(No. 56269;

First District (3rd Division)—May 31, 1973.

PER CURIAM.

DEMPSEY, J., took no part.

Bernard Carey, State's Attorney, of Chicago, (Elmer C. Kissane and James S. Veldman, Assistant State's Attorneys, of counsel,) for the People.

No appearance for appellee.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* THOMAS DIXON (Impleaded), Defendant-Appellant.

(No. 56381;

First District (3rd Division)—May 31, 1973.